```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 26068
   SHARI L MCKINLEY
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-2830

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/13/2004 and was confirmed 09/27/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  23.19%.

     The case was paid in full 10/05/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
--------------------------------------------------------------------------
FORD MOTOR CREDIT          SECURED           6337.85      726.87        6337.85
FORD MOTOR CREDIT          UNSECURED       NOT FILED         .00            .00
ILLINOIS DEPT OF REVENUE   PRIORITY           401.91         .00         401.91
INTERNAL REVENUE SERVICE   PRIORITY           199.00         .00         199.00
AMERICAN LOAN CO           UNSECURED       NOT FILED         .00            .00
ANDREW CASTON              UNSECURED       NOT FILED         .00            .00
BANK FIRST                 UNSECURED       NOT FILED         .00            .00
MCSI                       UNSECURED          1875.00        .00         434.72
COMCAST                    UNSECURED       NOT FILED         .00            .00
COMCAST                    NOTICE ONLY    NOT FILED         .00            .00
COMCAST                    NOTICE ONLY    NOT FILED         .00            .00
FIRST EXPRESS              UNSECURED           291.62        .00          67.61
CHASE RECIEVABLES          NOTICE ONLY    NOT FILED         .00            .00
ISAC IDAPP                 UNSECURED OTH        .00          .00            .00
GENERAL REVENUE CORP       NOTICE ONLY    NOT FILED         .00            .00
NATIONWIDE ACCEPTANCE~     SECURED NOT I     697.68         .00            .00
PAYDAY LOANS               UNSECURED       NOT FILED         .00            .00
PAYDAY LOAN STORE          NOTICE ONLY    NOT FILED         .00            .00
MIDLAND CREDIT MANAGEMEN   NOTICE ONLY    NOT FILED         .00            .00
MIDLAND CREDIT MANAGEMEN   UNSECURED          364.73         .00          84.56
ILLINOIS SECRETARY OF ST   NOTICE ONLY    NOT FILED         .00            .00
MIDLAND CREDIT MANAGEMEN   UNSECURED          294.34         .00          68.24
WOLPOFF & ABRAMSON LLP     NOTICE ONLY    NOT FILED         .00            .00
ST JAMES RADIOLOGISTS      UNSECURED       NOT FILED         .00            .00
TCF NATIONAL BANK          UNSECURED       NOT FILED         .00            .00
TCF NATIONAL BANK          NOTICE ONLY    NOT FILED         .00            .00
NATIONWIDE ACCEPTANCE~     UNSECURED         1032.42         .00         239.37
ILLINOIS DEPT OF REVENUE   UNSECURED           53.40         .00          12.38
INTERNAL REVENUE SERVICE   UNSECURED          119.96         .00          27.81
MARC C SCHEINBAUM          DEBTOR ATTY       1,894.00                  1,894.00
TOM VAUGHN                 TRUSTEE                                       593.69
DEBTOR REFUND              REFUND                                        697.99

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 26068 SHARI L MCKINLEY
```

```
     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                      RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE              11,786.00

PRIORITY                                          600.91
SECURED                                         6,337.85
    INTEREST                                      726.87
UNSECURED                                         934.69
ADMINISTRATIVE                                  1,894.00
TRUSTEE COMPENSATION                              593.69
DEBTOR REFUND                                     697.99
                    ---------------         ---------------
TOTALS               11,786.00                 11,786.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 01/28/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                    PAGE   2
        CASE NO. 04 B 26068 SHARI L MCKINLEY